AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Mikel D. Williamson<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:23 mj 259<br>)<br>)<br>)<br>) |

FILED
OCT 06 2023
SOUTHERN DISTRICT OF MISSISSIPPI
BY ARTHUR JOHNSTON
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 5, 2023__ in the county of __Hinds__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:
See the affidavit of Special Agent Brittany Deichmann of the Federal Bureau of Investigation.

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Brittany Deichmann, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2023

*Judge's signature*

City and state: Hattiesburg, MS

Magistrate Judge Michael T. Parker
*Printed name and title*

## AFFIDAVIT

I, Brittany L. Deichmann, Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby state as follows:

## INTRODUCTION

I am a Special Agent with the Federal Bureau of Investigation (hereafter referred to as "FBI") and have been since January 8, 2017. I am currently assigned to the Jackson Division of the FBI. While employed by the FBI, I have assisted in investigating federal criminal violations related to child exploitation, child pornography, armed robberies, carjacking, bank robberies, homicides and other violent crimes. I have gained experience through training opportunities and everyday work related to conducting these types of investigations. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants.

Along with other FBI Agents and Task Force Officers, I am involved in the investigation of **Mikel D. Williamsom** for violating Title 18, United States Code, Section 922(g)(1), which prohibits a person that has been convicted in any court of a crime punishable by imprisonment of a term exceeding one year from possessing a firearm.

Because this affidavit is being submitted for the limited purposes of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that a violation of the aforementioned statute exists. The facts set forth in this affidavit are based on my own personal knowledge, subject interviews, my review of reports, discussions I have had with other law enforcement officers, and other evidence.

## PROBABLE CAUSE

On October 5, 2023, at approximately 11:00 P.M., Officers with the Jackson Police Department (JPD) were dispatched to the Federal Bureau of Investigation (FBI), located at 1220 Echelon Parkway, Jackson, MS 39213 in reference to a shooting. Upon arrival, JPD officers learned that an unknown black male, driving a dark colored sedan arrived at 1220 Echelon Parkway, Jackson, MS. The unknown black male fired off several shots from a firearm before returning to his vehicle and driving away. Several shell casings were collected from the area where the shots were fired. A short time later, Officers were called back to 1220 Echelon Parkway, Jackson, MS after being notified the unknown black male had returned. Officers arrived and took the driver of the vehicle, identified as Mikel Williamson, into custody. Officers recovered a Ruger P-95 pistol from the seat of Williamson's vehicle. The serial number on the firearm was obliterated and not legible. Williamson was transported back to JPD headquarters where he was Mirandized and interviewed. During the interview with JPD detectives, Williamson stated that earlier that evening, he was at 1220 Echelon Parkway, Jackson, MS, where he fired several rounds from a firearm. Williamson informed detectives that he was a convicted felon and knew he was not allowed to possess a firearm. Information from MDOC, along with sentencing orders obtained from Hinds County, MS, showed that Mikel Williamson had a felony conviction in Hinds County, MS in February 2015 for Armed Carjacking.

On October 6, 2023, Special Agent Wade Bryant with the Bureau of Alcohol, Tobacco, and Firearms made a determination that the firearm recovered is a firearm as defined under 18 U.S.C. 921(a)(3) and that it was manufactured in Connecticut. Therefore, the firearm traveled in interstate or foreign commerce.

## CONCLUSION

Based on the forgoing, your Affiant believes that probable cause exists showing Mikel D. Williamson, violated Title 18, United States Code, 922(g)(1), which prohibits a person that has been convicted in any court of a crime punishable by imprisonment of a term exceeding one year from possessing a firearm, and I respectfully request that the Court authorize a complaint charging Mikel D. Williamson with the aforementioned offense and issue a warrant for his arrest.

_____
BRITTANY DEICHMANN
SPECIAL AGENT
Federal Bureau of Investigation

Sworn and subscribed before me, this the 6th day of October, 2023.

_____
HONORABLE Michael T. Parker
UNITED STATES MAGISTRATE JUDGE

Page 3 of 3